In re Donelon, James J.; — Plaintiff; Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. D, Nos. 499,737, 509,297, 512,366; to the Court of Appeal, First Circuit, Nos. 2006 CA 1140, 2006 CA 1141, 2006 CA 1142, 2006 CA 1143, 2006 CA 1144, 2006 CA 1145, 2006 CA 1158, *953 2006 CA 1159, 2006 CA 1160, 2006 CA 1161, 2006 CA 1162, 2006 CA 1168.
Granted. C/W-09-C-0571, 0585 & 0586.